**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAHA VISCONTI,

                Plaintiff,

     v.

ALBERT GREGORY PINTO, *et al.*,

                Defendants.

Case No. 25-cv-746 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants Elaine Wendy Mandel and Emily Sam's Motion to Dismiss, ECF 8, is **DENIED** as moot. Plaintiff has voluntarily dismissed her claims against Defendants Mandel, Sam, Eric Khodadian and the Doe Defendants. ECF No. 17; ECF No. 24. The Court **DISMISSES** Plaintiff's claims against Defendant Albert G. Pinto for failure to effect service of process under Federal Rule of Civil Procedure 4(m).

It is further **ORDERED** that the Court hereby **DISMISSES** this matter in full, and the Clerk of Court is **DIRECTED** to **TERMINATE** this case. The Clerk of Court is further **DIRECTED** to reflect Plaintiff's updated address, *see* Notice (Nov. 7, 2025), ECF No. 28, on the docket, and to mail a copy of this Order to Plaintiff at her updated address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: November 21, 2025

1